Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Moody and Andrew Cohn, each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Hot Topic, Inc.,<br><br>*Defendant.* | Case No. 5:23-cv-00447-MRA-SPx<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Mónica Ramírez Almadani |

1  Plaintiffs Catherine Moody and Andrew Cohn ("Plaintiffs") and Defendant Hot
2  Topic, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective
3  counsel, hereby notify the Court that they have reached a settlement in this matter. The
4  Parties will file a notice of dismissal within 60 days of this Notice of Settlement.

6  Dated: May 23, 2024                                Respectfully submitted,

8  By: */s/ Simon Franzini*
   Simon Franzini (Cal. Bar No. 287631)
9  simon@dovel.com
   Grace Bennett (Cal. Bar No. 345948)
10 grace@dovel.com
11 DOVEL & LUNER, LLP
   201 Santa Monica Blvd., Suite 600
12 Santa Monica, California 90401
13 Telephone: (310) 656-7066
   Facsimile: (310) 656-7069
14

15 *Attorneys for Plaintiffs*
16
17 By: */s/ Robyn Bladow*
   Robyn E. Bladow (SBN 205189)
18 robyn.bladow@kirkland.com
19 KIRKLAND & ELLIS LLP
   555 South Flower Street, Suite 3700
20 Los Angeles, CA 90071
   Telephone: (213) 680-8400
21 Facsimile: (213) 680-8500
22
23 Diana Torres (SBN 162284)
   diana.torres@kirkland.com
24 Stacy Y. Kwon (SBN 338867)
25 stacy.kwon@kirkland.com
   KIRKLAND & ELLIS LLP
26 2049 Century Park East, Suite 3700
   Los Angeles, CA 90067
27 Telephone: (310) 552-4200
28 Facsimile: (310) 552-5900

1
NOTICE OF SETTLEMENT

Attorneys for Defendant
*Hot Topic, Inc.*

### **Attestation of Compliance**

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 23, 2024                                                     */s/ Simon Franzini*
                                                                                          Simon Franzini